**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JOSEPH LABADIE, on behalf of himself, and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>COMMUNITY CHOICE CREDIT UNION,<br><br>   Defendant. | )<br>)<br>)<br>)<br>) Case No. 5:20-CV-12064-JEL-EAS<br>)<br>)<br>)<br>)<br>) |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court upon the stipulation of Plaintiff and Defendant, Community Choice Credit Union, by and through their respective counsel; the parties having agreed to a dismissal of this action with prejudice and without costs or fees to any party; and this Court otherwise being fully advised in the premises, now therefore;

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant Community Choice Credit Union are hereby dismissed with prejudice and without fees or costs to any party.

IT IS SO ORDERED.

Date: January 4, 2021         s/Judith E. Levy
                   United States District Judge

# THIS ORDER RESOLVES ALL PENDING CLAIMS AND CLOSES THE CASE

Approved as to form and content:
/s/ Jeff Kaliel
Jeffrey D. Kaliel
Sophia G. Gold
**KALIEL PLLC**
1875 Connecticut Ave. NW 10th Floor
Washington, D.C. 20009
Telephone: (202) 350-4783
*jkaliel@kalielpllc.com*
*sgold@kalielplllc.com*

Steven E. Goren (SBN P36581)
32677 Redfern Street
Franklin MI 48025
(248) 408-0051
sgoren@gorenlaw.com

Taras Kick*
Jeffrey C. Bils
The Kick Law Firm, APC
815 Moraga Drive
Los Angeles, CA 90049
Phone: (310)395-2988
Fax: (310)395-2088

*to seek admission
*Counsel for Plaintiff and the Proposed Plaintiff Class*

**HOLZMAN LAW, PLLC**
/s/Charles J. Holzman
CHARLES J. HOLZMAN (P35625)
MICHAEL V. KREMPA (P76494)
28366 Franklin Rd.
Southfield, MI  48034
(248)352-4340
cholzman@holzmanlaw.com
*Attorneys for Defendant*